# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANDRES FELIPE OCHOA SERNA,

Petitioner,

v.

WARDEN OF THE GOLDEN STATE
ANNEX DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-02450-KES-SAB-HC

ORDER SETTING BRIEFING SCHEDULE

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 30, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On April 15, 2026, the assigned district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings, including the preparation of findings and recommendations on the petition." (ECF No. 10.)

///

///

///

///

///

1

Accordingly, the Court HEREBY ORDERS that within **THIRTY (30) days** of the date of service of this order, Petitioner may file a reply to Respondents' answer.[1]

IT IS SO ORDERED.

Dated:  **April 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

---

[1] On April 6, 2026, Respondents filed a "RESPONSE TO ORDER, OPPOSITION TO INJUNCTIVE RELIEF AND ANSWER TO HABEAS PETITION." (ECF No. 9). Therein, Respondents state that "Respondents are further amenable to the Court ruling on the underlying petition for writ of habeas corpus." (Id. at 1.)

2