# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES FELIPE OCHOA SERNA, | Case No. 1:26-cv-02450-KES-SAB-HC |
| Petitioner, | |
| v. | ORDER FOR SUPPLEMENTAL BRIEFING |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.)

On April 15, 2026, the district judge denied Petitioner's motion for temporary restraining order because "petitioner fails to establish a likelihood of success on the merits. Respondents confirm, and petitioner does not dispute, that petitioner is detained pursuant to 8 U.S.C. § 1226(a) and received a § 1226(a) custody determination on 12/4/25, at which bond was denied on the merits." (ECF No. 10.)

A search of the Executive Office for Immigration Review's ("EOIR") Automated Case Information System using Petitioner's A-Number indicates that an immigration judge ordered removal on May 28, 2026, and no appeal was received for Petitioner's case. See https://acis.eoir.justice.gov/en/caseInformation (last visited June 30, 2026). The Court finds that supplemental briefing on the impact of the removal order, if any, on the petition would assist the Court in this matter.

1

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a supplemental brief addressing the issue set forth above; and

2. Within fourteen (14) days of the date of service of Respondents' supplemental brief, Petitioner MAY FILE a supplemental brief.

IT IS SO ORDERED.

Dated:    **June 30, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2