# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES FELIPE OCHOA SERNA,<br>Petitioner,<br>v.<br>WARDEN GOLDEN STATE ANNEX, et al.,<br>Respondents. | Case No. 1:26-cv-02450-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO MOTION TO AMEND |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 30, 2026, Petitioner filed a pro se petition for writ of habeas corpus. (ECF No. 1.) On April 6, 2026, Respondents filed a response. (ECF No. 9.) On April 15, 2026, the Court denied Petitioner's request for a Temporary Restraining Order and referred the matter to a magistrate judge. (ECF No. 10.) On April 27, 2026, Petitioner filed a pro se motion seeking immediate release. (ECF No. 15). On July 23, 2026, after submission of supplemental briefs (ECF Nos. 17, 18), the Court entered Findings and Recommendations that the Court deny Petitioner's motions for immediate release. (ECF No. 19.) On August 10, 2026, Petitioner filed objections (ECF No. 20) and on October 9, 2026, Petitioner filed what the Court construes to be a pro se motion to reconsider. (ECF No. 21.) On November 18, 2026, counsel entered an appearance on Petitioner's behalf and filed a motion to amend pleadings. (ECF Nos. 22, 23.)

Accordingly, the Court HEREBY ORDERS that within seven (7) days of the date of service of this order, Respondents SHALL FILE a response to the motion to amend.

IT IS SO ORDERED.

Dated: **November 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge